WILL HUBBELL, as Trustee in Bankruptcy of ELMER E. TRAVIS, Respondent, *v.* ELMER E. TRAVIS et al., Appellants.

*Fraudulent conveyance — debtor and creditor — action to set aside conveyance of personal property as in fraud of creditors.*

*Hubbell* v. *Travis,* 221 App. Div. 812, affirmed.
(Argued May 2, 1928; decided May 29, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 11, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action was to set aside a conveyance of personal property as in fraud of creditors.

*John Bright, Charles C. Redfield* and *Abram F. Servin* for appellants.

*George A. Speenburgh, Andrew C. Fenton* and *Ralph S. Ives* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.